**Oscar PARSONS and Cleston Miracle, Appellants,**

v.

**Moody C. HOWARD, Appellee.**

Court of Appeals of Kentucky.

April 18, 1958.

Logan E. Patterson, Pineville, for appellants.

Farmer Helton, Pineville, for appellee.

PER CURIAM.

We are of opinion the evidence and the law support the judgment for $800 and the enforcement of a mortgage on an automobile.

Motion for an appeal is overruled and the judgment stands affirmed.